United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JUSTIN TYRELL LUSTER,

Plaintiff,

v.

STOCKTON GENERAL E.N.T. DOCTOR, et al.,

Defendants.

Case No. 26-cv-08547-JST

**ORDER OF DISMISSAL**

On or about August 17, 2026, Plaintiff filed a *pro se* civil rights complaint with this Court, ECF No. 1, and a state court request to waive court fees, ECF No. 2. That same day, the Court informed Plaintiff that this action was deficient because (1) he had not signed his complaint as required by the Federal Rules of Civil Procedure, ECF No. 3; and (2) he had not submitted the correct *in forma pauperis* application, ECF No. 3. The Court ordered Plaintiff to submit a signed copy of his complaint, and a correct and complete *in forma pauperis* application by September 14, 2026. ECF Nos. 3, 4. The Court informed him that failure to comply with this deadline would result in the action being dismissed without prejudice. ECF Nos. 3, 4. The Court sent Plaintiff a copy of his unsigned complaint and the correct *in forma pauperis* application. ECF Nos. 3, 4. The deadline has passed and Plaintiff has not filed a signed complaint and has not filed a complete *in forma pauperis* application. Plaintiff has not communicated with the Court since he filed this action.

//

//

//

//

Accordingly, this action is DISMISSED for failure to file a complete *in forma pauperis* application or, in the alternative, pay the full filing fee. The dismissal is without prejudice to Plaintiff filing a motion to reopen the action. Any motion to reopen must be accompanied by (1) a signed complaint; and (2) either the filing fee or a complete *in forma pauperis* application.

**IT IS SO ORDERED.**

Dated: October 14, 2026

JON S. TIGAR
United States District Judge

United States District Court
Northern District of California